### *Jackson, ex dem. Metcalfe,* v. *Woodworth.*

THE affidavit for judgment, as in case of nonsuit in this cause, was made by the clerk of the attorney for the defendant, and though it stated a notice for trial, it did not allege that the suit was not tried.

*Weston* for the plaintiff, relied on the above cir-
cumstances as conclusive against the application.

*Per Curiam.* For the reasons assigned, you can
take nothing by your motion.